IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLOBAL AEROSPACE, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> METROPOLITAN WASHINGTON ) <br> AIRPORTS AUTHORITY, ) <br> ) <br> Defendant. ) <br> _____) | Civil Action No. _____ |

## PLAINTIFF GLOBAL AEROSPACE, INC. RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Global Aerospace, Inc. files this Rule 7.1 Statement and certifies that Global Aerospace, Inc. is the subsidiary of Global Aerospace Underwriting Manager LTD, London, England. There is no corporation that owns 10% or more of Global Aerospace, Inc.'s stock.

Dated: October 9, 2007

GREENBERG TRAURIG, LLP

/s/
Donald J. Detweiler (#3087)
*detweilerd@gtlaw.com*
Titania R. Mack (#4120)
*mackt@gtlaw.com*
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7000
Facsimile: (302) 661-7360

*Attorneys for Global Aerospace, Inc.*

DEL 86197853v1 10/9/2007

OF COUNSEL:

Ronald Kleinman, Esq.
Timothy C. Bass, Esq.
GREENBERG TRAURIG, LLP
800 Connecticut Ave., Suite 500
Washington, D.C. 20006
Phone: (202) 331-3100
Fax: (202) 331-3101