IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GLOBAL AEROSPACE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-618 |
| | ) | |
| METROPOLITAN WASHINGTON AIRPORTS AUTHORITY, | ) | |
| | ) | |
| Defendant. | ) | |

**CONSENT MOTION TO EXTEND TIME FOR SERVICE**

Plaintiff GLOBAL AEROSPACE, INC. ("Global"), by counsel and with the consent of Defendant METROPOLITAN WASHINGTON AIRPORTS AUTHORITY ("MWAA"), respectfully requests that Global be given an extension of sixty days (60) to serve its Complaint upon MWAA, or to otherwise take action in this case. In support thereof, Global states that the parties are in the process of attempting to negotiate an agreement whereby their claims and defenses would be submitted to arbitration for decision.

Dated: February 6, 2008.

GREENBERG TRAURIG, LLP

Donald J. Detweiler (#3087)
detweilerd@gtlaw.com
Titania Mack Parker (#4120)
parkertm@gtlaw.com
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7000
Facsimile: (302) 661-7360

Attorneys for Global Aerospace, Inc.

SEEN AND AGREED:

*[signature]*

Donald J. Detweiler (#3087)
detweilerd@gtlaw.com
Titania Mack Parker (#4120)
parkertm@gtlaw.com
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7000
Facsimile: (302) 661-7360

Attorneys for Plaintiff
Global Aerospace, Inc.

*[signature]*

Mark A. Dombroff
mdombroff@dglitigators.com
1676 International Drive, Penthouse
McLean, Virginia 22102
Telephone: (703) 336-8700
Facsimile: (703) 336-8750

Attorney for Defendant
Metropolitan Washington Airports Authority

Of Counsel:

Ronald Kleinman
Timothy C. Bass
**GREENBERG TRAURIG, LLP**
2101 L Street, NW, Suite 1000
Washington, D.C. 20037
Phone: (202) 331-3100
Fax: (202) 331-3101

## CERTIFICATE OF SERVICE

I certify that on February 6, 2008 I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, and will send a copy of the foregoing to:

>Mark A. Dombroff
>Counsel for MWAA
>DOMBROFF, GILMORE, JAQUES & FRENCH
>1676 International Drive, Penthouse
>McLean, Virginia 22102
>Telephone: (703) 336-8700
>Facsimile: (703) 336-8750
>mdombroff@dglitigators.com

*[signature]*
Titania Mack Parker (#4120)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLOBAL AEROSPACE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-618 |
| ) | |
| METROPOLITAN WASHINGTON ) | |
| AIRPORTS AUTHORITY, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**CONSENT ORDER TO EXTEND TIME FOR SERVICE**

This matter came before the Court on the parties' Consent Motion to Extend Time for Service of the Complaint in the foregoing action. It appearing to the Court that the parties are in good faith negotiations to submit their claims and defenses to arbitration, it is hereby ORDERED that Plaintiff be given until April 7, 2008 to serve its Complaint upon Defendant, or to otherwise take action in this proceeding.

Entered this ____ day of February, 2008.


_____
United States District Court Judge