IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLOBAL AEROSPACE, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>METROPOLITAN WASHINGTON )<br>AIRPORTS AUTHORITY, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 07-618 |

**CONSENT ORDER TO EXTEND TIME FOR SERVICE**

This matter came before the Court on the parties' Consent Motion to Extend Time for Service of the Complaint in the foregoing action. It appearing to the Court that the parties are in good faith negotiations to submit their claims and defenses to arbitration, it is hereby ORDERED that Plaintiff be given until April 7, 2008 to serve its Complaint upon Defendant, or to otherwise take action in this proceeding.

Entered this _8_ day of February, 2008.

_____
United States District Court Judge

WDC 371,571,040v1 2/5/2008                                            - 1 -