IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLOBAL AEROSPACE, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>METROPOLITAN WASHINGTON )<br>AIRPORTS AUTHORITY, )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 07-618-JJF |

## CONSENT MOTION TO EXTEND TIME FOR SERVICE

Plaintiff GLOBAL AEROSPACE, INC. ("Global"), by its counsel and with the consent of Defendant METROPOLITAN WASHINGTON AIRPORTS AUTHORITY ("MWAA") respectfully requests that Global be given an extension of thirty (30) days to serve its Complaint upon MWAA, or to otherwise take action in this case. In support thereof, Global states that the parties are in the process of attempting to negotiate an agreement whereby their claims and defenses would be submitted to arbitration for decision.

Dated: April 7, 2008

GREENBERG TRAURIG, LLP

*/s/ Donald J. Detweiler*
Donald J. Detweiler (#3087)
*detweilerd@gtlaw.com*
Titania Mack Parker (#4120)
*parkertm@gtlaw.com*
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7000
Facsimile: (302) 661-7360

*Attorneys for Global Aerospace, Inc.*

DEL 86,212,994v1 4/4/2008

OF COUNSEL:

Ronald Kleinman, Esq.
Timothy C. Bass, Esq.
GREENBERG TRAURIG, LLP
800 Connecticut Ave., Suite 500
Washington, D.C. 20006
Phone: (202) 331-3100
Fax: (202) 331-3101

*DEL 86,212,994v1 4/4/2008*

## CERTIFICATE OF SERVICE

I certify that on April 7, 2008, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, and will send a copy of the foregoing to:

    Mark Dombroff, Esq.
    DOMBROFF GILMORE JAQUES & FRENCH
    1676 International Drive, Penthouse
    McLean VA 22102

                                    */s/ Titania Mack Parker*
                                    Titania Mack Parker (#4120)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLOBAL AEROSPACE, INC., )<br> )<br>  Plaintiff, )<br> )<br>v. )<br> )<br>METROPOLITAN WASHINGTON )<br>AIRPORTS AUTHORITY, )<br> )<br>  Defendant. )<br>_____ ) | Civil Action No. 07-618-JJF |

## CONSENT ORDER TO EXTEND TIME FOR SERVICE

This matter came before the Court on the parties' Consent Motion to Extend Time for Service of the Complaint in the foregoing action. It appearing to the Court that the parties are in good faith negotiations to submit their claims and defenses to arbitration, it is hereby ORDERED that plaintiff be given until May 7, 2008 to serve its Complaint upon defendant, or to otherwise take action in this proceeding.

Entered this __ day of April, 2008.

                                              _____
                                              United States District Court Judge

SEEN AND AGREED:

*signature*

Donald J. Detweiler (#3087)
detweilerd@gtlaw.com
Titania Mack Parker (#4120)
*parkertm@gtlaw.com*
GREENBERG TRAURIG, LLP
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7000
Facsimile: (302) 661-7360

*Attorneys for Global Aerospace, Inc.*

*signature*

Mark Dombroff, Esq.
*mdombroff@dglitigators.com*
DOMBROFF GILMORE JAQUES & FRENCH
1676 International Drive, Penthouse
McLean VA 22102
Telephone: (703) 336-8700
Facsimile: (703) 336-8750

*Attorney for Metropolitan Washington Airports Authority*