IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLOBAL AEROSPACE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-618 |
| ) | |
| METROPOLITAN WASHINGTON ) | |
| AIRPORTS AUTHORITY, ) | |
| ) | |
| Defendant. ) | |

**CONSENT ORDER OF DISMISSAL**

It appearing to the Court, as evidenced by the signatures of counsel below, that the parties in the above-captioned matter have agreed to submit the issues raised in Plaintiff's Complaint to binding arbitration and dismiss this case with prejudice, it is hereby ORDERED that this case be dismissed with prejudice.

ENTERED this 7 day of May, 2008.

_____
United States District Court Judge

- 1 -